UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> J. A. R. ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08mj 8358 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

EVELIA MELLADO- GUZMAN

DATED: 5/8/08

RECEIVED _____ <br> DUSM

LOUISA S. PORTER <br>
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk <br>
by _____ <br>
Deputy Clerk

CLERK'S OFFICE COPY <br>
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082