UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08mj8358 |
| Plaintiff | ) | |
| vs. | ) | ORDER |
| J.A.R, et al | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. 08929-298 |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

J.A.R (AGUIRRE-RODRIGUEZ, JESUS)
PREV. ZL OTH - BOND
5/20/08

DATED: 6/5/08

PETER C. LEWIS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by E. Flores
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082

